CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 25 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| OWAIIAN M. JONES,<br>    Plaintiff, | ) <br> ) <br> ) | Civil Action No. 7:16-cv-00074 |
| v. | ) <br> ) | **ORDER** |
| WESTERN STATE HOSPITAL, et al.,<br>    Defendants. | ) <br> ) <br> ) | By:  Hon. Michael F. Urbanski<br>      United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Plaintiff is **GRANTED** leave to proceed in forma pauperis; the complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 25th day of February, 2016.

/s/ Michael F. Urbanski
United States District Judge